# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JILL ROSEN,**

       **Plaintiff,**

**v.**                                                        Case No:   6:14-cv-801-Orl-31DAB

**PEPPERIDGE FARM, INC.,**

       **Defendant.**

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Counts II and III of the Complaint and for More Definite Statement as to Count I ("Motion") (Doc. 5) originally filed in state court on March 24, 2014 and filed in this Court by the Defendants on May 23, 2014. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. Forty-one days have elapsed since the Motion was filed with this Court and the Plaintiff has failed to respond to the Motion; it will therefore be considered unopposed.

In consideration of the foregoing, it appearing that the Motion is meritorious and unopposed, it is hereby **ORDERED** that the Motion (Doc. 5) is **GRANTED** Counts II and III are dismissed, however they are dismissed without prejudice. Further the Plaintiff is directed to file a more definite statement with regards to Count I no later than July 24, 2014.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 3, 2014.

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party